**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **STEPHEN JEROME LEWIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1962-R** |
| | ) | |
| **KELLY DAVIS,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin, the Court adopts the Report and Recommendation [Doc. No. 8], in its entirety.

For the reasons stated therein, the Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of November, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**